# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:16-cv-02861-STV

HOA N.V. MALMGREN

    Plaintiff,

v.

PARK MEADOWS MALL, LLC;
GENERAL GROWTH PROPERTIES, INC.;
DILLARD'S INC; AND
DILLARD'S PROPERTIES, INC.

    Defendants.

## ENTRY OF APPEARANCE OF COUNSEL

To:    The Clerk of the Court and all parties of record

I hereby certify that I am a member in good standing of the Bar of this Court, and I appear in this case as counsel for:

Park Meadows Mall, LLC and General Growth Properties, Inc.

Respectfully submitted this 2nd day of December, 2016.

    RITSEMA & LYON, P.C.

    By: */s/Michael A. Perales*
        Michael A. Perales, Reg. #13409
        999 18th Street, Suite 3100
        Denver, CO 80202
        Telephone: 303.293.3100
        *Attorneys for Defendants*
        *Park Meadows Mall, LLC*
        *& General Growth Properties, Inc*

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of December, 2016, I electronically filed and served the foregoing **ENTRY OF APPEARANCE OF COUNSEL** with the Clerk of the Court using the CM/ECF System and additionally emailed to:

Andrew G. McFadden, Esq.
Wallace D. Prugh, Esq.
Prugh Law Firm
598 S. Gilpin Street
Denver, CO 80209

Larry McClung, Esq.
1700 Broadway, Suite 1020
Denver, CO 80290

/s/Darla Banks