# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

Civil Action No. 1:16-cv-02861-DDD-STV

HOA N. V. MALMGREN,

 Plaintiff,

v.

PARK MEADOWS MALL, LLC;
GENERAL GROWTH PROPERTIES, INC.;
DILLARD'S, INC.; and
DILLARD'S PROPERTIES, INC.

 Defendants,

PARK MEADOWS MALL, LLC;
GENERAL GROWTH PROPERTIES, INC.

 Third-Party Plaintiffs,

v.

TRIAD SERVICE SOLUTIONS, INC.

 Third-Party Defendant.

## **CORRECTED STIPULATION TO DISMISS WITH PREJUDICE**

 Plaintiff Hoa N. V. Malmgren, by and through her attorneys, Defendants Park Meadows Mall, LLC & GGP Inc., by and through its attorneys, Defendants Dillard's, Inc. and Dillard's Properties, Inc., by and through their attorneys, and Third-Party Defendant Triad Service Solutions, Inc., through its attorneys, hereby stipulate to dismiss with prejudice all claims that Plaintiff has or could have brought against Defendants and Third-Party Defendants in this action with prejudice. The parties agree to bear their own attorney fees and costs.

{03665557 / 1}

Respectfully submitted this 23rd day of September, 2019.

    MESSNER REEVES LLP

    By: */s/ Adam M. Royval*
    Adam M. Royval, Reg., #43836
    1430 Wynkoop St., Ste. 300
    Denver, CO 80202
    Phone: 303-623-1800

    PRUGH LAW FIRM, LLC

    By: */s/ Andrew G. McFadden*
    Andrew G. McFadden V, Reg., #48286
    598 South Gilpin Street
    Denver, CO 80209
    Phone: 303-809-9238

    RITSEMA & LYON, P.C.

    By: */s/ Michael A. Perales*
    Michael A. Perales, Reg. #13409
    999 18th Street, Suite 3100
    Denver, CO 80202
    Telephone: 303.293.3100

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of September, 2019, I electronically filed and served the foregoing **STIPULATION TO DISMISS WITH PREJUDICE** was filed on ECF and addressed to all counsel.

                                                                                    */s/Tracey L. Zastrow*